*ORIGINAL*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————X

LORRAINE CARPINO,

                          Plaintiff,

              -against-

LOUIS PUBLIC COMPANY LIMITED
and GROUP VOYAGERS, INC.,

                          Defendants.
——————————————————————X

Index No. 07 Civ 6977 (WCC)

*ECF CASE*

**CONSENT TO**
**CHANGE ATTORNEY**

**IT IS HEREBY CONSENTED THAT** Kreindler & Kreindler LLP of 100 Park Avenue,

New York, New York 10017 be substituted as attorney(s) of record for the undersigned parties

in the above entitled action in place and stead of the undersigned attorneys as of the date hereof.

Dated: January 28, 2008
       New York, New York

_____
Lorraine Carpino

_____
Todd J. Krouner

_____
Kreindler & Kreindler LLP
By: Paul S. Edelman

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**
**DATE FILED:**

STATE OF New York    )
                     )  ss.:
COUNTY OF Westchester )

       On the 29th day of January, 2008, before me personally came Lorraine Carpino to
me known, and known to me to be the same person described in and who executed the foregoing
consent and acknowledged to me that she executed the same.

_____
Notary Public

PAMELA TRAN
Notary Public - State of New York
NO. 01TR6125911
Qualified in Westchester County
My Commission Expires _____

SO ORDERED.

_____
WILLIAM C. CONNER, Senior U.S.D.J.
Feb. 1, 2008
White Plains, NY

COPIES MAILED TO COUNSEL OF RECORD 1/1/08    Dated: