```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ELIZABETH BURBAGE,                                   :
                                                     :
                        Plaintiff,                   :    Case No. CV 07 37665
                                                     :    and Twenty-Seven
         - against -                                 :    Related Actions
                                                     :    (WCC)(GAY)
LOUIS PUBLIC COMPANY LIMITED and GROUP               :
VOYAGERS, INC.,                                      :    **Affidavit of Service**
                        Defendants.                  :
------------------------------------------------------------------x
NORMA BALDUCCI,                                      :
                                                     :
                        Plaintiff,                   :    Case No. 07 Civ. 3668 (WCC)
                                                     :
         -against-                                   :
                                                     :
LOUIS PUBLIC COMPANY LIMITED and GROUP               :
VOYAGERS, INC.,                                      :
                                                     :
                        Defendants.                  :
------------------------------------------------------------------x
LORRAINE CARPINO,                                    :
                                                     :
                        Plaintiff,                   :    Case No. 07 Civ. 6977 (WCC)
                                                     :
         -against-                                   :
                                                     :
LOUIS PUBLIC COMPANY LIMITED and GROUP               :
VOYAGERS, INC.,                                      :
                                                     :
                        Defendants.                  :
------------------------------------------------------------------x
PATRICIA DeASTIS                                     :
                                                     :
                        Plaintiff,                   :    Case No. 07 Civ. 3681 (WCC)
         -against-                                   :
                                                     :
LOUIS PUBLIC COMPANY LIMITED and GROUP               :
VOYAGERS, INC.,                                      :
                                                     :
                        Defendants.                  :
------------------------------------------------------------------x
```

```
---------------------------------------------------------------x
ANN HORRIGAN,                                                  :
                                                               :
                              Plaintiff,                       :   Case No. Civ. 3677 (WCC)
                                                               :
        -against-                                              :
                                                               :
LOUIS PUBLIC COMPANY LIMITED and GROUP                         :
VOYAGERS, INC.,                                                :
                                                               :
                              Defendants.                      :
---------------------------------------------------------------x
LAURA KOSSOW,                                                  :
                                                               :
                              Plaintiff,                       :   Case No. Civ. 4638 (WCC)
                                                               :
        -against-                                              :
                                                               :
LOUIS PUBLIC COMPANY LIMITED and GROUP                         :
VOYAGERS, INC.,                                                :
                                                               :
                              Defendants.                      :
---------------------------------------------------------------x
LUCY VITALIANO,                                                :
                                                               :
                              Plaintiff,                       :   Case No. Civ. 6979 (WCC)
                                                               :
        -against-                                              :
                                                               :
LOUIS PUBLIC COMPANY LIMITED and GROUP                         :
VOYAGERS, INC.,                                                :
                                                               :
                              Defendants.                      :
---------------------------------------------------------------x
```

STATE OF NEW YORK     )
                      )   ss.:
COUNTY OF NEW YORK    )

*Genie Masterson*, being duly sworn, deposes and says that I am not a party to this action, is over 18 years of age, and resides in *Hicksville*, New York. That on the 26th day of February, 2008 I served a copy of ***Plaintiff's Supplemental Memorandum of Law & Affidavit of Paul S. Edelman*** upon:

>Michael E. Unger, Esq.
>Freehill, Hogan & Maher LLP
>Attorneys for Louis P.C.L.
>80 Pine Street
>New York, NY 10005-1750

      Joseph J. Ortego, Esq.
      Scott P. Eisenberg, Esq.
      Nixon Peabody, LLP
      Attorneys for Group Voyagers, Inc.
      50 Jericho Quadrangle, Ste. 300
      Jericho, NY  11753

      Maltman Forman PA
      Attorneys/Counsel for Louis P.C.L.
      2 So. Biscayne Blvd., Ste 2300
      Miami, FL  33131

      Todd J. Krouner, Esq.
      93 No. Greeley Avenue
      Chappaqua, NY  10514

by depositing a true copy of same, enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____

Sworn to before me this
___ day of February 2008

_____
Notary Public

          PAUL S. EDELMAN
     Notary Public, State of New York
         No. 02ED4912574
      Qualified in Westchester County
    Commission Expires February 8, 2009